People of the State of Illinois ex rel. Gladys Witten-meyer, Appellee, v. Charles E. Mitchell, Appellant.

Gen. No. 41,184. 

Denis E. Sullivan, J., dissenting.

 opinion filed November 20, 1940; rehearing denied December 11, 1940. Lloyd C. Moody, for appellant; Edward G. Schultz, of counsel; Thomas J. Courtney, State's Attorney, for appellee; Edward E. Wilson, John T. Gallagher and Melvin S. Rembe, Assistant State's Attorneys, of counsel. Opinion by Justice Burke. ''Not to be published in full.''